■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORRIS PHELPS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldman, J.), rendered July 6, 1984, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the judgment of conviction should be reversed because the court erroneously defined reasonable doubt in its charge to the jury. We find this contention to be without merit as the court's charge, when read as a whole, properly conveyed to the jury the difference between a reasonable doubt and one based on a "whim, sympathy or some other vague reason" (see, People v Jones, 27 NY2d 222, 227; People v Malloy, 55 NY2d 296, cert denied 459 US 847; People v Kuey, 155 AD2d 481, lv denied 76 NY2d 859).

The defendant's contention with respect to the prosecutor's summation is unpreserved for appellate review (see, People v Swindall, 128 AD2d 819; CPL 470.05 [2]). We decline to consider the issue in the exercise of our interest of justice jurisdiction as the proof of the defendant's guilt, which was provided largely by his own testimony, was overwhelming.

We find that the sentence imposed was not excessive (see, People v Suitte, 90 AD2d 80). Eiber, J. P., Sullivan, Balletta and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC RICHARDSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Carey, J.), rendered June 1, 1989, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Lawrence, Eiber and Harwood, JJ., concur.